```
                    FILED
                  JAN 2 8 2008
         CLERK, U.S. DISTRICT COURT
         SOUTHERN DISTRICT OF CALIFORNIA
         BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal No. 07cr1058-LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PRELIMINARY ORDER OF |
| v. | ) | CRIMINAL FORFEITURE |
| | ) | |
| PATRICK WOODLAND (1) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS, in the Indictment filed April 25, 2007, in the above-captioned case, the United States sought forfeiture of all right, title and interest in any and all properties of the above-named defendant pursuant to 18 U.S.C. §§ 2253(a)(1) and 2253(a)(3) and also the forfeiture of any and all properties defendant used or intended to be used knowingly possessing one or more matters, to wit: a computer, that contained visual depictions that had been shipped in interstate commerce, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and;.

WHEREAS, on or about August 10, 2007 the above-named defendant, Patrick Woodland ("Defendant"), pled guilty to Count Three and consented and agreed to forfeit all right, title, and interest in the following assets listed below, which were properties used or intended to be used to commit or promote the commission of the offense described in Count Three and as such, the listed properties are thereby subject to forfeiture pursuant to Title 18, United States Code, Section 2253:

1    a.    Computer images depicting a minor engaging in sexually explicit conduct and the disks and hard drives on which they are maintained;

2    b.    One Apple IMAC computer bearing serial number W84140VFPVX;

3    c.    Other property still under investigation.

WHEREAS, pursuant to Rule 32(d)(2), the United States having requested the authority to seize the assets as said properties were properties used or intended to be used to commit the crime to which Defendant was found guilty; that is, in violation of Title 18, United States Code, Section 2252(a)(4)(B);

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the Defendant's guilty plea, the United States is hereby authorized to seize the above-referenced assets, and all right, title and interest of Patrick Woodland is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. §§ 2253(a)(1) and (a)(3).

2. The aforementioned forfeited properties are to be held by the Federal Bureau of Investigation in its secure custody and control.

3. Pursuant to 18 U.S.C. § 2253(m), the United States forthwith shall publish, at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the Federal Bureau of Investigation's intent to dispose of the properties in such manner as the Attorney General may direct and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

///

///

|  |  |
|---|---|
| 1 | The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified. |
| 2 | |
| 3 | |

4. Upon adjudication of all third-party interests, this Court will enter an Order of Forfeiture pursuant to 18 U.S.C. § 853, in which all interests will be addressed.

DATED: *1-28-08*

/s/ *Larry A. Burns*
LARRY ALAN BURNS, Judge
United States District Court